IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:20-MJ-00223 |
| v. | |
| Michelle Peterson O'Connor | **MODIFICATION OF PRETRIAL RELEASE CONDITIONS** |

**IT IS ORDERED THAT** the following condition, previously ordered, be removed:

• Comply with the following curfew: 9:30p.m. to 5:30 a.m.

**IT IS SO ORDERED THIS**  19th  **day of**  October , 2020.

*Youlee Yim You*

The Honorable Youlee Yim You
U.S. Magistrate Judge

**Submitted by U.S. Pretrial Services**