UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

UNITED STATES OF AMERICA

    v.                                                          Case No. 3:20-MJ-00223

MICHELLE PETERSON O'CONNOR

    Defendant.

## ORDER OF DISMISSAL

The Government's Rule 48(a) Motion to Dismiss [15] is GRANTED.

IT IS HEREBY ORDERED that pursuant to Rule 48(a), the pending charge in this case is dismissed.

DATED this 10th day of November, 2020.

                                                  /s/ John Jelderks
                                                    Hon. John Jelderks
                                          UNITED STATES MAGISTRATE JUDGE